UNITED STATES DISTRICT COURT IN AND FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

Judge Michael P. McCuskey
United States District Judge
201 S. Vine Street
Urbana, Illinois 61802-3348

UNITED STATES OF AMERICA,
    Plaintiff,

V.

SHANCE DALTON,
    Defendant.

_____/



FILED
06-20019
JUN 1 0 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## MOTION FOR THE APPOINTMENT OF COUNSEL

COMES NOW, Defendant, Shance Dalton, pro se respectfully requesting that the appointment of counsel be granted in light of the recent decision in Johnson v. United States, 135 S.Ct. 2551 (2015), which invalidated the residual clause of the Armed Career Criminal Act as defined in Title 18 U.S.C. 924(e)(2)(B)(ii). This holding applies equally to the career offender guidelines of U.S.S.G 4B1.2(b)(2).

On or about April 24, 2007, this Honorable court sentenced me under the career offender guidelines, in part, based on my two prior convictions for Aggravated battery on a Peace officer under Illinois law as referenced in paragraphs 42 and 43 of my presentencing report. Therefore, in light of the rapid developments in this complex area of law the Defendant respectfully requests that a skilled attorney be appointed to his case to obtain the just relief. In the alternative, the Defendant requests that the instant motion be construed to request Johnson relief under section 28 U.S.C. 2255(f)(3) as this request is being made within one year of the decision in Johnson.

Date 6/7/16

Respectfully Submitted,

Shance Dalton
Shance Dalton
Reg. No. 14364-026
FCC Coleman Medium
P.O. Box 1032
Coleman, Florida 33521-1032