Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| SHANCE O. DALTON | ) | |
|---|---|---|
| Plaintiff | ) ) ) | |
| vs. | ) | Case Number: 16-2161 |
| UNITED STATES OF AMERICA | ) ) ) ) | |
| Defendant | | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Petitioner Shance Dalton's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and amended motion are DENIED.   The Court denies a certificate of appealability.

**Dated: 04/25/2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court